ROY E. JENNINGS, ALIAS ARTHUR WALKER, v. STATE.

No. 2120.   Decided December 11, 1912.

**Burglary—Withdrawal of Appeal—Practice on Appeal.**

The rules of this court provide that a request to withdraw the appeal must be signed in person and sworn to by appellant; however, there being no statement of facts and no other question to review, the judgment is affirmed.

Appeal from the Criminal District Court No. 2 of Dallas. Tried below before the Hon. Barry Miller.

Appeal from a conviction of burglary; penalty, ten years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

HARPER, JUDGE.—Appellant was prosecuted and convicted of burglary, and his punishment assessed at ten years confinement in the State penitentiary.

Accompanying the record is a letter from appellant's attorney stating that it is appellant's desire to withdraw his appeal. The rules of this court provide that such request must be signed in person and sworn to by the person convicted of crime. However, there is no statement of facts accompanying the record, and there is no question raised in the motion for new trial that we can review under such circumstances.

The judgment is affirmed.

*Affirmed.*